Certificate Number: 03088-PAE-DE-038076336

Bankruptcy Case Number: 23-12952



03088-PAE-DE-038076336

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 7, 2024, at 2:41 o'clock AM CST, kathyana f bearng completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 7, 2024

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor